IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) <br>v.                                              )<br>)<br>JAMES KIRBY BURKS,                )<br>)<br>               Defendant.   )<br>) | Criminal Case No. 1:93CR460 |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). It is hereby

ORDERED that the United States file an answer to the Motion within twenty-one (21) days of the date of this Order.

The Clerk is directed to send a copy of this Order and a copy of the Motion to the United States Attorney for this District, and a copy of this Order to the counsel of record for Defendant.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 8, 2024